IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERIC LEWIS, CE Entertainment, | ) | 4:08CV3076 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| TALENT PLUS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion for Leave to Proceed In Forma Pauperis. (Filing No. 10.) This matter was dismissed without prejudice on May 15, 2008. (Filing Nos. 8 and 9.) Therefore, Plaintiff's Motion is denied as moot. The court notes that, at the time of dismissal, a separate Motion for Leave to Proceed In Forma Pauperis was pending. (Filing No. 2.) However, the court did not rule on that Motion and that Motion is now also moot. In light of this, the Clerk of the court need not take steps to collect the filing fee in this matter.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for Leave to Proceed In Forma Pauperis (filing no. 10) is denied.

2. The Clerk of the court shall not collect the filing fee in this matter.

December 16, 2008.        BY THE COURT:

*s/Richard G. Kopf*
United States District Judge